# UNITED STATES DISTRICT COURT
## for the Middle District of Tennessee

ROBERT D. SMITH )
*Plaintiff*  )
 ) Case No. _____
v. )
 ) Judge _____
JAMES COCHRUN )
*Defendant* )

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.02[1], __James Cochrun__ makes the following disclosure:
(Name of Party)

1. All parent corporations, if any, of the named party:

> NONE

2. All publicly held companies, if any, that own ten percent (10%) or more of the named party's stock:

> NONE

Date: Feb 21, 2018

*(Signature of counsel)*

Print Name  John D. Kitch

Address  511 Union Street, Suite 1500, P.O. Box 190695

City  Nashville   State  TN   Zip  37219

Phone  (615) 244-1440   Bar No:  4569

[Attach Certificate of Service]

---

[1] Local Rule 7.02 provides: "Any non-governmental corporate party shall file a Corporate Disclosure Statement identifying all of its parent corporations and listing any publicly held company that owns ten percent (10%) or more of the party's stock. A party shall file the Corporate Disclosure Statement as a separate document with its initial pleading, or other initial Court filing, and shall supplement the Corporate Disclosure Statement within a reasonable time of any change in the information."