IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT D. SMITH, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 3:18-cv-00225 |
| ) | Judge Campbell |
| JIM COCHRAN, ) | Magistrate Judge Frensley |
| Defendant ) | |

### ORDER GRANTING PLAINTIFF'S VOLUNTARY NONSUIT

Plaintiff, Robert D. Smith, having given notice of voluntary dismissal of the Complaint against Jim D. Cochran, it is

**ORDERED, ADJUDGED AND DECREED** that this cause be and the same hereby is dismissed against Jim D. Cochran without prejudice, with costs taxed to the Plaintiff for which execution may issue, if necessary.

ENTERED THIS _____ day of _____, 2019.

_____
United States District Court Judge

APPROVED FOR ENTRY:

s/ Jonathan Jackson Pledger
Jonathan Jackson Pledger, 021922
Of Counsel, The Waterford Law Group, PLLC
PO Box 1089
Franklin, Tennessee 37067
615-479-3011 – Telephone
615-823-2937 – Facsimile
jpledger@waterfordlaw.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that he has transmitted a true and exact copy of the foregoing document to John D. Kitch, Esquire at jdkitch@cclawtn.com and Murtaza Sutarwalla, Esquire at murtaza@eslawpartners.com ad George Edwards, III at geroge@eslawpartners.com, attorneys for Defendant on this 11th day of February, 2019.

                s/ Jonathan Jackson Pledger
                Jonathan Jackson Pledger