IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **ROBERT D. SMITH,** | ) |
| | ) |
| Plaintiff, | ) Case No. 3:18-cv-00225 |
| | ) |
| v. | ) Judge Campbell |
| | ) Magistrate Judge Frensley |
| | ) |
| **JIM COCHRUN,** | ) |
| | ) |
| Defendant. | ) |

## TAXATION OF COSTS

Pursuant to the Notice of Taxation of Costs by the Clerk (Doc. No. 30), the Clerk hereby taxes costs in the amount of $881 in favor of Defendants and against Plaintiff. Pursuant to Federal Rules of Civil Procedure 54 and Local Rule 54.01, the parties have seven days following the date of this Taxation of Cost to accept the Clerk's determination or seek review by the Court.

_____
Kirk L. Davies
Clerk of Court